UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL B. WILLIAMS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AUDREY KING,<br><br>　　　　Defendant. | CASE No. 1:13-cv-01253-MJS<br><br>ORDER DENYING MOTION FOR SERVICE<br><br>(ECF No. 9) |

Plaintiff Michael B. Williams, a civil detainee proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on August 12, 2013. (ECF No. 1.) On February 18, 2014, Plaintiff filed a motion seeking service of his complaint by the United States Marshal. (ECF No. 9.)

Plaintiff is entitled to the appointment of the Marshal to serve process on his behalf because he is proceeding in forma pauperis. 28 U.S.C. §1915(d); Fed. R. Civ. P. 4(c)(3). However, the Marshal will not be directed by the Court to initiate service of the complaint until the Court has screened Plaintiff's complaint and determined that it states cognizable claims. 28 U.S.C. § 1915A. Plaintiff is directed to the First Informational Order (ECF No. 2), which sets forth an explanation regarding screening and service of process.

For the reasons set forth above, Plaintiff's motion for service of his complaint

1

(ECF No. 9) is HEREBY DENIED as premature.

IT IS SO ORDERED.

Dated:  August 7, 2014         /s/ *Michael J. Seng*
                                                 UNITED STATES MAGISTRATE JUDGE